UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -2 AM 10: 12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Antonio MONTIEL** Defendant | Magistrate Case No.______ COMPLAINT FOR VIOLATION OF Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien Without Presentation |

'08 MJ 2677

The undersigned complainant being duly sworn states:

On or about **August 29, 2008**, within the Southern District of California, defendant **Antonio MONTIEL (Defendant)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Juan Carlos LOPEZ-Garcia**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 2nd day of **September, 2008.**

UNITED STATES MAGISTRATE JUDGE

8/29/08

**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer Michael J. Prado, declare under penalty of perjury the following to be true and correct:

The complainant states that **Juan Carlos LOPEZ-Garcia** is a citizen of a country other than the United States; that said alien have admitted he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On August 29, 2008 at approximately 1:20 AM, **Antonio MONTIEL (Defendant)** made application for admission into the United States from Mexico through the San Ysidro Port of Entry as the driver of a black 1995 Honda Civic. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant declared United States citizenship and presented his valid California Driver as proof of identity. Defendant was accompanied by a female minor who was a United States citizen. During primary inspection, Defendant claimed ownership of the vehicle and provided two negative Customs declarations. The CBP Officer noticed Defendant appeared nervous because he made no eye contact. The CBP Officer proceeded to inspect the vehicle by lifting the rear seat and discovered a human being concealed within a non-factory compartment. The CBP Officer called for assistance. Defendant, female minor, and vehicle were escorted to secondary inspection for further investigation.

In secondary, further inspection of the vehicle revealed one male adult concealed within a non-factory compartment under the rear seat of the two door vehicle. Examination of the compartment revealed the cushion of the rear seat was removed and the flooring under the rear seat and gas tank were cut open creating a hallow void. The adult male admitted to being a citizen of Mexico with no entitlements to enter or reside in the United States and is now identified as **Juan Carlos LOPEZ-Garcia (Material Witness).**

During a video taped interview, Defendant was advised of his Miranda rights and elected to answer questions without benefit of counsel. Defendant admitted he knew there was a person concealed in the vehicle. Defendant admitted he was to be paid $1,300.00 upon successfully crossing the vehicle. Defendant stated he was to drop off the vehicle at a location near the first freeway exit from north of the San Ysidro Port of Entry. Defendant admitted it was illegal to smuggle people across the border.

During a separate videotaped interview with the Material Witness, he freely admitted to being a citizen of Mexico with no legal documents to enter or reside in the United States. The Material Witness stated he did not know the smuggling fee because his cousin made all the smuggling arrangements. The Material Witness stated he intended to travel to Los Angeles, California.

Executed on this **29th** day of **August 2008** at **4:00 PM**

[signature]
Michael J. Prado / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) page(s), I find probable cause to believe that the defendant named therein committed the offense on **August 29, 2008** in violation of Title 8, United States Code, Section 1324.

[signature]
MAGISTRATE JUDGE

8/30/08 - 1147A
DATE / TIME